**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LAUREN OVERSTREET,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIDGE INVESTMENT GROUP HOLDINGS LLC,**<br><br>Defendant. | Civil Action No. 23-cv-02560-LMM |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil Local Rule 3.3, the undersigned counsel for Defendant Bridge Investment Group Holdings LLC hereby certifies that:

(1) The following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Lauren Overstreet, Plaintiff.
- Bridge Investment Group Holdings LLC, Defendant.
- FLM Holdings, LLC (owns more than 10% stock of Defendant)
- Bridge Investment Group Holdings Inc. (owns more than 10% stock of Defendant)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

*Attorneys for Plaintiff*

Evan Drew
John Lawrence Mays
Parks, Chesin & Walbert, P.C.
75 14th St NE Ste 2600
Atlanta, GA 30309

*Attorneys for Defendant*

Danielle Urban
Fisher & Phillips LLP
1125 17th St Ste 2400
Denver, CO 80202

JonVieve D. Hill
Fisher & Phillips LLP
1230 Peachtree St. NE, Suite 3300
Atlanta, Georgia 30309

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Not applicable. Plaintiff alleges jurisdiction under 28 USC § 1331 and 42 USC 2000e-5(f). *See* Complaint (ECF 001) at ¶ 2.

Submitted this 11th day of July, 2023.

*/s/ JonVieve D. Hill*
JonVieve D. Hill
Georgia Bar No. 907946
FISHER PHILLIPS LLP
1230 Peachtree St., Suite 3300
Atlanta, Georgia 30309
Telephone: (404) 240-5856
Facsimile: (404) 240-4249
jhill@fisherphillips.com

Danielle Urban
**Admitted Pro Hac Vice*
1125 17th St Ste 2400
Denver, CO 80202
Telephone: (303) 218-3654
Facsimile: (303-218-3651
Email: durban@fisherphillips.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LAUREN OVERSTREET,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIDGE INVESTMENT GROUP HOLDINGS LLC,**<br><br>Defendant. | Civil Action No. 23-cv-02560-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, a copy of this instrument was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF System.

*/s/ JonVieve D. Hill*
JonVieve D. Hill
Georgia Bar No. 907946